## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

                   Plaintiff,

        v.                         CR NO: 1:18-cr-00207 LJO/SKO

**JEFFERSON OSWALDO GUEVARA**

                   Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

          ☒ Ad Prosequendum            ☐ Ad Testificandum

Name of Detainee:   JEFFERSON OSWALDO GUEVARA

Detained at        FRESNO COUNTY JAIL

Detainee is:      a.)    ☐ charged in this district by:  ☒ Indictment ☐ Information ☐ Complaint
                         charging detainee with:   21:846 and 841(a)(1) - Conspiracy to Distribute and

      or   b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:      a.)    ☒ return to the custody of detaining facility upon termination of proceedings
      or  b.)    ☐ be retained in federal custody until final disposition of federal charges, as a sentence
                       is currently being served at the detaining facility

*Appearance is necessary June 10, 2019 in the Eastern District of California.*

Signature:                /s/ Kimberly A. Sanchez

Printed Name & Phone No:      Kimberly A. Sanchez; 559 286-7396

Attorney of Record for:         United States of America

## WRIT OF HABEAS CORPUS

          ☒ Ad Prosequendum            ☐ Ad Testificandum

    **The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, JUNE 10, 2019 at 2:00 p.m., returning defendant to state custody after the appearance and producing the prisoner in federal court for each future court appearance so long as it does not conflict with his state court appearances. The next state court appearance is set for August 29, 2019.**

Dated:    **Jun 3, 2019**

                                  Honorable Stanley A. Boone
                                  U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if | | ☒Male ☐Female |
| Booking or CDC #: | 1911010 | DOB: 09/20/1998 |
| Facility Address: | Fresno County Jail | Race: Hispanic |
| Facility Phone: | | FBI#: |
| Currently | | |

## RETURN OF SERVICE

Executed on:

                                (signature)